

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2021

No. 04-21-00164-CV

Melissa **WALLACE** and Top Drawer Property Solutions, LLC,
Appellants /Cross-Appellee

v.

**Fidelity National Title Insurance Company,**
Appellee /Cross-Appellant

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI17915
Honorable Aaron Haas, Judge Presiding

# O R D E R

Appellee/Cross-Appellant's brief was due on November 12, 2021. *See* TEX. R. APP. P. 38.6(b). Before the due date, Appellee/Cross-Appellant filed an unopposed first motion for an extension of time to file the brief until December 13, 2021. *See id.* R. 10.5(b).

Appellee's motion is GRANTED. Appellee/Cross-Appellant's brief is due on December 13, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court